# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE A TODIE,

    *Plaintiff*,

vs.

E. SOKOLOWSKI*, et al.*

    *Defendants*.

2:11-cv-01505-JCM-PAL

ORDER

Plaintiff, a federal inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action against a Las Vegas, Nevada police officer.

Plaintiff has not submitted a proper application to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1 and 1-2, a plaintiff must submit an application on the court's required form. The plaintiff did not submit the application on the court's required form.

Moreover, both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff did not submit a financial certificate. The commissary account statement attached with the application is not a statement of an inmate trust fund account covering the past six months.

In addition, the complaint was not submitted on the court's § 1983 complaint form as required by Local Rule LSR 2-1.

Due to the multiple defects presented, the action will be dismissed without prejudice.

1  IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis*
2  is DENIED without prejudice.
3  IT FURTHER IS ORDERED that this action is DISMISSED without prejudice to the
4  filing of a new complaint on the proper form in a new action together with either the required
5  $350.00 filing fee or a properly completed application to proceed *in forma pauperis* on the
6  proper form and with all required attachments.
7  IT FURTHER IS ORDERED that the clerk shall send plaintiff two copies each of an *in*
8  *forma pauperis* application form for a prisoner and a § 1983 complaint form, one copy of the
9  instructions for each form, and one copy of the papers that plaintiff submitted in this action.
10  The clerk of court shall enter final judgment accordingly, dismissing this action without
11  prejudice.
12  DATED:  September 23, 2011.

_____
JAMES C. MAHAN
United States District Judge

-2-